# ILLINOIS CENTRAL RAILROAD COMPANY v. EDWARDS.

ERROR TO THE CIRCUIT COURT OF CARLISLE COUNTY, STATE OF KENTUCKY.

No. 12.  Submitted December 14, 1905; Restored to docket December 18, 1906; Resubmitted April 16, 1906.—Decided December 17, 1906.

Decided on authority of *Illinois Central Railroad* v. *McKendree, ante,* p. 514.

*Mr. J. M. Dickinson, Mr. Edmund F. Trabue* and *Mr. Blewett Lee* for plaintiff in error.[1]

*The Attorney General* and *The Solicitor General* for the United States at the suggestion of the court, there being no brief filed for defendant in error.[1]

THIS case involves the same questions upon similar facts as No. 13, just decided. Counsel filed a written stipulation that it shall be controlled and determined by the ruling made in that case. The judgment is reversed, and cause remanded to the state court for further proceedings not inconsistent with this opinion.

MR. JUSTICE McKENNA concurs in the result.